IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *v.*  **JOHN PERKINS,**  *Defendant.* | **Criminal Action**  No. 19-cr-269-7 |

# ORDER

**AND NOW,** this 18th day of February, 2022, upon consideration of Defendant John Perkins's "Motion to Suppress Statements" (ECF No. 284), the Government's response thereto (ECF No. 304), and after a hearing held on January 10, 2022, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **DENIED.**

*/S/MITCHELL S. GOLDBERG*
**MITCHELL S. GOLDBERG USDCJ**