IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action |
| JOHN PERKINS, | No. 19-cr-269-7 |
| *Defendant.* | |

## ORDER

**AND NOW**, this 18th day of September 2023, upon consideration of Defendant's oral motion for a judgment of acquittal on all counts and his accompanying "Memorandum of Law in Support of His Motion for the Entry of a Judgment of Acquittal on All Counts Following the Government's Close of its Evidence" (ECF No. 411), and the Government's response thereto (ECF No. 416), it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg U.S.D.C.J.
MITCHELL S. GOLDBERG, J.